## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| KATHLEEN ELAINE PETHTEL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-CV-469 |
| ) | **JURY DEMANDED** |
| STATE OF TENNESSEE DEPARTMENT ) | |
| OF CHILDREN'S SERVICES; et al. ) | |
| ) | |
| Defendants. ) | |

### JOINT STATUS REPORT

COME NOW all counsel of record for Defendants and counsel of record for Plaintiffs and files this joint status report as required by Order of the Court [Doc. 172].

On July 17, 2015 an Order of Nolle Prosequi and Dismissal was entered for Counts 1, 3, 4, 5, and 6.

State criminal proceedings for Count 2 justify the current stay remain active. The Anderson County Criminal Court has set a trial date for Count 2 of December 13-15, 2016.

Respectfully submitted this 28th day of November, 2016.

_____
Lanis L. Karnes (BPR No. 019120)
KARNES LEGAL SERVICES
Counsel for Plaintiffs
2273 North Highland Ave., Suite A
Jackson, TN 38305
(731) 668-9529
LanisKarnes@KarnesLegal.com

*/s/ Billy Sams - by permission (LLK)*
Billy P. Sams (BPR No. 006330)
LAW OFFICE OF BILLY SAMS
Counsel for Plaintiffs
122A Jefferson Court
Oak Ridge, TN 37830
(865) 482-7112
billypsams@aol.com
beckyjcox@aol.com


*/s/ Leslie Ridings - by permission (LLK)*
Leslie T. Ridings (BPR No. 019621)
Suzanne S. Cook (BPR No. 017579)
HUNTER, SMITH, & DAVIS, LLP
Counsel for Solution Source, Ryan Peters, and Kimbra McKinley
1212 N. Eastman Road
Kingsport, Tennessee 37664
(423) 378-8800
ltridings@hsdlaw.com
sscook@hsdlaw.com


*/s/ Chris Cain - by permission (LLK)*
Chris T. Cain (BPR No. 019997)
Thomas S. Scott, Jr. (BPR No. 001086)
SCOTT & CAIN
Counsel for Omni Visions, Inc.
550 W. Main Street, Suite 601
Knoxville, Tennessee 37902
(865) 525-2150
cain@scottandcain.com
scott@scottandcain.com

*Christopher Brown - by permission (UK)*
Christopher C. Brown (BPR No. 019313)
David A. Chapman (BPR No. 026238)
LEITNER, WILLIAMS, DOOLEY, & NAPOLITAN, PLLC
Counsel for Foothills Care, Inc., Leigh Anne Goldstine, and Stella Hamilton
900 South Gay Street
Suite 1800 – Riverview Tower
Knoxville, TN 37902
(865) 523-0404
chris.brown@leitnerfirm.com
david.chapman@leitnerfirm.com


*Martha Campbell - by permission (UK)*
Martha A. Campbell (BPR No. 014022)
DEPUTY ATTORNEY GENERAL, GENERAL CIVIL DIVISION
Counsel for State of TN Dept. of Children Services, District Attorney General David S. Clark, The Anderson County Health Dept., Julia Rotella, Pamela Becker, Shannon Forrester, Helen Burleson, Katie Butler, Heather Poster, Cynthia Koehler, Samantha Cardwell, Terry Ryan, Sean Morehead, Erin Schad, Stephanie Huckabey, Jay Huckabey, Hazel Bumgardner, Martha Ruff, Stephan Ruff, Margaret Durgin and Stacey Pratt
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-6420
martha.campbell@ag.tn.gov


*Arthur Knight - by permission (UK)*
Arthur F. Knight, III (BPR No. 016178)
TAYLOR, FLEISHMAN & KNIGHT
Counsel for Anderson County Sheriff's Dept., Harold J. Crowley, Jason Leach, Jonathan Acker, Joseph Gilvin, Josh Cardwell, Paul White, Steven Abner, Wally Braden, and Wiley Maloney
800 South Gay Street, Suite 600
Knoxville, TN 37929
(865) 971-1701
aknight@taylorknightlaw.com

_Harry Ogden by permission (LLK)_
Harry P. Ogden (BPR No. 004498)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Counsel for Clinch Valley Children's Center, Margaret Durgin, and Stacey Pratt
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 549-7000
hogden@bakerdonelson.com


_Neil McIntire by permission (LLK)_
Neil M. McIntire (BPR No. 019830)
HOWELL & FISHER
Counsel for Gail Clift
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201
(615) 244-3370
nmcintire@howell-fisher.com


_Mabern Wall by permission (LLK)_
Mabern E. Wall (BPR No. 031328)
HODGES, DOUGHTY & CARSON
Counsel for Pediadvocates
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307
mwall@hdclaw.com


_Robert Wilkinson by permission (LLK)_
Robert W. Wilkinson (BPR No. 009122)
LAW OFFICE OF ROBERT W. WILKINSON
Counsel for Anderson County CASA and Diana Renfroe
261 Broadway Avenue
Oak Ridge, TN 37830
(865) 482-4028
rwilkinson@rwilkinson.com

*Heidi Barcus-by permission (WK)*
Heidi A. Barcus (BPR No. 015981)
Daniel T. Swanson (BPR No. 023051)
LONDON & AMBURN, P.C.
Counsel for Mary Palmer, M.D. and Heather Radu, M.D.
607 Market Street, Suite 900
Knoxville, Tennessee 37902
(865) 637-0203
hbarcus@latlaw.com
dswanson@latlaw.com


*Ruth Bunn-by permission (WK)*
Ruth Amelia Bunn (BPR No. 032016)
ROCCO & GRIFFIN, PLLC
Counsel for M.M.P. (DOB 05/21/94), C.L.P. (DOB 07/11/98), K.D.P. (DOB 08/21/01), E.L.P. (DOB 04/05/99), S.A.P. (DOB 07/13/02), A.E.P. (DOB 03/06/04), and N.A.P. (DOB 06/14/96)
621 North Spring Street
Sparta, Tennessee 38583
(931) 837-2050
ruthameliabunn@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 21st [28th] day of November, 2016.

By: _____
Lanis L. Karnes (BPR No. 019120)
KARNES LEGAL SERVICES
*Counsel Tobias Pethtel and Kathleen Pethtel*
2273 North Highland Ave., Suite A
Jackson, Tennessee 38305
(865) 668-9529
LanisKarnes@KarnesLegal.com